IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JUDGE HOLWELL

------------------------------------------------------------x

GLAXO GROUP LIMITED

          Plaintiff,

v.

CYPRESS PHARMACEUTICAL, INC.

          Defendant.

------------------------------------------------------------x

**07 CIV 6012**
Civil Action No.

**CORPORATE DISCLOSURE
STATEMENT OF GLAXO
GROUP LIMITED**

RECEIVED
JUN 25 2007
U.S.D.C. S.D. N.Y.
CASHIERS

This Corporate Disclosure Statement is filed on behalf of plaintiff Glaxo Group Limited, in compliance with the provisions of:

   __X__   Rule 7.1 Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   _____   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   _____   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing party hereby declares as follows:

   _____   No such corporation.

   __X__   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

_____        Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

GlaxoSmithKline group of companies    Relationship   wholly owned subsidiary

_____ Relationship _____

_____        Other (please explain)

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: June 25, 2007                  MORGAN LEWIS & BOCKIUS LLP

                                        Brian P. Murphy (BPM-5162)
                                        David Leichtman (DL-7233)
                                        Thomas J. Puppa (TJP-7161)
                                        101 Park Avenue
                                        New York, New York 10178-0060
                                        (212) 309-6000
                                        (212) 309-6001 (facsimile)

                                        *Attorneys for Plaintiff*

2