**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GLAXO GROUP LIMITED,

      Plaintiff(s),

 -against-                                  AFFIDAVIT OF SERVICE
                                            07 CIV. 6012

CYPRESS PHARMACEUTICAL, INC.,

      Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK    )
                           S.S.:
COUNTY OF ALBANY    )

       DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

       That on the 27TH day of June, 2007, at approximately the time of 12:30P.M., at the office of the Secretary of State, of the State of New York in the City of Albany, New York, deponent served the SUMMONS AND COMPLAINT FOR PATENT INFRINGEMENT AND JUDGES' RULES upon CYPRESS PHARMACEUTICAL, INC., the defendant in this action, by delivering to and leaving with DONNA CHRISTIE an agent of the Secretary of State, of the State of New York, two (2) true sets thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 306 Business Corporation Law.

       Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

       DONNA CHRISTIE is a white female, approximately 46 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 145 pounds with blonde hair and blue eyes.

*[signature]*
DEBORAH LaPOINTE
Sworn to before me this
27TH day of June, 2007

*[signature]*
NOTARY PUBLIC

Frank J. Panucci
Notary Public-State of NY
Qualified in Albany Co.
No. 4721156
Comm. Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com

## PROOF OF SERVICE
### (By Process Server)

I personally delivered a copy of the Summons, Complaint and Judges' Rules to Cypress Pharmaceutical, Inc. by giving in hand to Jason Sanderson (CFO) where I found said person in Madison County, on the 27 day of June, 2007 at 11:35 A.M. Service was made at 135 Industrial Blvd, Madison, MS 39110.

At the time of service I was at least 18 years of age and not a party to this action.

Fee for service

Name: Darlene Nelson
Address: 1456 Ellis Avenue
Jackson, MS 39204
Telephone No.: (601) 960-4194


STATE OF MISSISSIPPI
COUNTY OF Hinds

PERSONALLY APEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, the within named Darlene Nelson who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service" are true and correct as therein stated.

_Darlene Nelson_
Process Server

Sworn to and subscribed before me, this is the ___ day of June, 2007.

_Sabrina H. McNair_
NOTARY PUBLIC

My Commission Expires:

_____
(SEAL)