IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLAXO GROUP LIMITED,<br><br>Plaintiff and<br>Counterclaim-Defendant,<br><br>v.<br><br>CYPRESS PHARMACEUTICAL, INC.,<br><br>Defendant and<br>Counterclaim-Plaintiff. | Civil Action No. 07-6012<br><br>Hon. Richard J. Holwell |

### RULE 7.1 DISCLOSURE STATEMENT
### OF CYPRESS PHARMACEUTICAL, INC.

Cypress Pharmaceutical, Inc. ("Cypress"), pursuant to Fed. R. Civ. P. 7.1(a), hereby states that it does not have a parent corporation and that no publicly held corporation owns 10% or more of Cypress' stock.

Dated: July 17, 2007

Respectfully submitted,

Eric Seiler
FRIEDMAN KAPLAN SEILER & ADELMAN
1633 Broadway, 46th Floor
New York, NY 10019-6708
(212) 833-1100

Steven Lieberman
Minaksi Bhatt
Glenn E. Karta
Thomas D. Lyford
ROTHWELL FIGG ERNST & MANBECK
1425 K Street, NW, Suite 800
Washington, DC 20005
(202) 783-6040

Attorneys for
Defendant and Counterclaim-Plaintiff
CYPRESS PHARMACEUTICAL, INC.

1412987_1