AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                DISTRICT OF                NEW YORK

**APPEARANCE**

GLAXO GROUP LIMITED

Case Number: 07-cv-6012 (RJH)

V.

CYPRESS PHARMACEUTICAL, INC.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Cypress Pharmaceutical, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/18/2007 | _(signature)_ |
| Date | Signature |
| | Glenn E. Karta        GK 4727 |
| | Print Name            Bar Number |
| | 1425 K Street, N.W., Suite 800 |
| | Address |
| | Washington,    DC    20005 |
| | City    State    Zip Code |
| | (202) 783-6040    (202) 783-6031 |
| | Phone Number    Fax Number |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **ENTRY OF APPEARANCE** was electronically filed this 19TH day of July, 2007. Notices of filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's System.

_____
Glenn E. Karta