AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

GLAXO GROUP LIMITED

V.

CYPRESS PHARMACEUTICAL, INC.

Case Number: 07-cv-6012 (RJH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Cypress Pharmaceutical, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| August 3, 2007 | _[signature]_ |
| Date | Signature |
| | Thomas D. Lyford — TL 4529 |
| | Print Name — Bar Number |
| | 1425 K Street, N.W., Suite 800 |
| | Address |
| | Washington, DC 20005 |
| | City — State — Zip Code |
| | (202) 783-6040 — (202) 783-6031 |
| | Phone Number — Fax Number |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **ENTRY OF APPEARANCE** was electronically filed this 3rd day of August, 2007. Notices of filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's System.

_____
Thomas D. Lyford