IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| GLAXO GROUP LIMITED | : |
| Plaintiff, | : 2007 Civ. 6012 (RJH) |
| v. | : **REPLY TO COUNTERCLAIM** |
| CYPRESS PHARMACEUTICAL, INC. | : |
| Defendant. | : |

---

Plaintiff Glaxo Group Limited, for its Reply to the numbered paragraphs of defendant Cypress Pharmaceutical, Inc.'s Counterclaim, responds as follows:

1. Admitted.

2. Admitted.

3. Admitted.

### THE PARTIES

4. Plaintiff Glaxo Group Limited ("Glaxo") admits that defendant Cypress Pharmaceutical, Inc. ("Cypress") is a Mississippi corporation that applied for, and was granted, authorization to do business in New York. Glaxo is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 4 of the Counterclaim and, therefore, denies them.

5. Admitted.

## FIRST COUNTERCLAIM

6. Glaxo repeats and realleges the responses of paragraphs 1-5 as if set forth fully herein.

7. Admitted.

8. Admitted.

9. Admitted.

10. Denied.

11. Denied.

12. Denied.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Glaxo prays for a Judgment:

A. Glaxo denies that defendant Cypress is entitled to the relief requested in paragraphs A – C of the prayer for relief in its Counterclaim; and

B. Glaxo repeats and re-alleges its prayer for relief contained in paragraphs A – D of its June 25, 2007, Complaint in this action.

Dated: August 6, 2007

MORGAN LEWIS & BOCKIUS LLP

/s/ Thomas J. Puppa
Brian P. Murphy (BM-5162)
David Leichtman (DL-7233)
Thomas J. Puppa (TP-7161)
101 Park Avenue
New York, New York 10178-0060
(212) 309-6000
(212) 309-6001 (facsimile)

*Attorneys for Plaintiff*
*Glaxo Group Limited*

1-NY/2207933.1