≋SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Glaxo Group Limited      Plaintiff,

- against -

Cypress Pharmaceutical, Inc.    Defendant.

SCANNED

07   cv   6012   (RJH)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Steven Lieberman a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Minaksi Bhatt
Firm Name:          Rothwell, Figg, Ernst & Manbeck, P.C.
Address:            1425 K Street, N.W., Suite 800
City/State/Zip:     Washington, D.C. 20005
Phone Number:       (202) 783-6040
Fax Number:         (202) 783-6031

Minaksi Bhatt is a member in good standing of the Bar of the States of District of Columbia, California and Washington

There are no pending disciplinary proceeding against Minaksi Bhatt in any State or Federal court.

Dated:       August 2, 2007
City, State: Washington, D.C.

Respectfully submitted,

Name of Sponsor:  Steven Lieberman
SDNY Bar Code.:   SL8687
Firm Name:        Rothwell, Figg, Ernst & Manbeck, P.C.
Address:          1425 K Street, N.W., Suite 800
City/State/Zip:   Washington, D.C. 20005
Phone Number:     (202) 783-6040
Fax Number:       (202) 783-6031

District of Columbia) ss:
Subscribed and sworn to before me this 2nd day of August, 2007.

Sheda Vasseghi
Notary Public, District of Columbia
My Commission Expires 1-01-2010

SDNY Form Web 10/2006

SDNY (Rev. 10/2006) Pro Hac Vice Sample Affidavit

**UNITED STATES DISTRICT**
**SOUTHERN DISTRICT OF NEW YORK**

Glaxo Group Limited          Plaintiff,

- against -

Cypress Pharmaceutical, Inc.    Defendant.

07   cv   6012   (RJH)

AFFIDAVIT OF
STEVEN LIEBERMAN
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

State of New York    )
                     )  ss:
County of New York   )

Steven Lieberman, being duly sworn, hereby deposes and says as follows:

1. I am a member of the firm of Rothwell Figg Ernst & Manbeck, counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Minaksi Bhatt as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in March 25, 1985. I am also admitted to the bar of the United Stated District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Minaksi Bhatt since 1997.

4. Ms. Minaksi Bhatt is a member of the firm of Rothwell Figg Ernst & Manbeck, in Washington, D.C.

5. I have found Ms. Bhatt to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Minaksi Bhatt pro hac vice.

7. I respectfully submit a proposed order granting the admission of Minaksi Bhatt pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Minaksi Bhatt pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: Aug 2, 2007
City, State: District of Columbia
Notarized:

Vasseghi
lic, District of Columbia
- Expires 1-01-2010

Sheda Vasseghi
Notary Public, District of Columbia
My Commission Expires 1-01-2010

Respectfully submitted,

Name of Movant: Steven Lieberman
SDNY Bar Code: SL8687

SDNY Form Web 10/2006

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Glaxo Group Limited                        Plaintiff,

                                                                    07    cv  6012    (RJH)

- against -

Cypress Pharmaceutical, Inc.           Defendant.      **ORDER FOR ADMISSION
                                                                                 PRO HAC VICE
                                                                                 ON WRITTEN MOTION**

Upon the motion of Steven Lieberman     attorney for Cypress Pharmaceutical, Inc.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Minaksi Bhatt |
| Firm Name: | Rothwell, Figg, Ernst & Manbeck, P.C. |
| Address: | 1425 K Street, N.W., Suite 800 |
| City/State/Zip: | Washington, D.C. 20005 |
| Telephone/Fax: | (202) 783-6040 |
| Email Address: | mbhatt@rothwellfigg.com |

is admitted to practice pro hac vice as counsel for  Cypress Pharmaceutical, Inc.   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                                        _____
                                                        United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006



# WSBA

# INACTIVE MEMBER STATUS CERTIFICATE

July 23, 2007

TO WHOM IT MAY CONCERN:

This is to certify that Minaksi Bhatt is an Inactive member of the Washington State Bar Association.

Minaksi Bhatt was admitted to the Active practice of law in this state on April 13, 2000 and voluntarily changed to Inactive status on January 10, 2002.

Sincerely,

Paula C. Littlewood
Executive Director

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

July 26, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MINAKSI BHATT, #151312 was admitted to the practice of law in this state by the Supreme Court of California on December 17, 1990; that from the date of admission to February 24, 1995, she was an ACTIVE member of the State Bar of California; that on February 24, 1995, she transferred at her request to the INACTIVE status as of January 1, 1995; that from that date to February 8, 2000, she was an INACTIVE member of the State Bar of California; that on February 8, 2000, she transferred at her request to the ACTIVE status; that from that date to January 2, 2003, she was an ACTIVE member of the State Bar of California; that on January 2, 2003, she transferred at her request to the INACTIVE status as of December 31, 2002; that from that date to February 15, 2005, she was an INACTIVE member of the State Bar of California; that on February 15, 2005, she transferred at her request to the ACTIVE status; that from that date to December 31, 2005, she was an ACTIVE member of the State Bar of California; that on December 31, 2005, she transferred at her request to the INACTIVE status; that she has been since that date, and is at date hereof, an INACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

NOTE: *Only ACTIVE members of the State Bar of California are entitled to practice law in California. (See Sections 6006 and 6125, et seq., Business and Professions Code.)*



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MINAKSI BHATT

was on the 5TH day of OCTOBER, 1992 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 2, 2007.
>
> GARLAND PINKSTON, JR., CLERK
>
> By: _____
> Deputy Clerk

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GLAXO GROUP LIMITED,                          :
                                              :
                    Plaintiff,                :
                                              :           07 cv 6012(RJH)
         v.                                   :
                                              :
CYPRESS PHARMACEUTICAL, INC.,                 :           Affidavit of Service
                                              :
                                              :
                    Defendants.               :
------------------------------------------------------------------X
```

    1.    Joseph Shaw, being duly sworn states:

I am a not a party to this action, over 18 years of age, and employed at 1633 Broadway, 46th Floor, New York, NY 10019.

    2.    On August 6, 2007, I served the MOTION TO ADMIT COUNSEL PRO HAVE VICE and the AFFIDAVIT OF STEVEN LIEBERMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE at the address below designated for that purpose:

> Brian P. Murphy
> David Leichtman
> Thomas J. Puppa
> Morgan, Lewis and Bockius LLP
> 101 Park Avenue
> New York, NY 10178

493006.1

3. Service was made by depositing a true copy of the aforementioned documents in a properly addressed wrapper, under the exclusive care and custody of Federal Express for next day delivery at the address indicated above.

_____
Joseph D. Shaw

Sworn to before me this
6th day of August, 2007

_____
Notary Public

VERONICA M. GARVEY
Notary Public, State of New York
No. 01GA4929722
Qualified in Kings County
Commission Expires May 2, 20 10

2

493006.1