IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
GLAXO GROUP LIMITED                         :
                                            :
                                            :  Civil Action No. 07-6012
                                            :
           Plaintiff,                       :  Hon. Richard J. Holwell
                                            :
     v.                                     :  **SUPPLEMENTAL**
                                            :  **CORPORATE DISCLOSURE**
CYPRESS PHARMACEUTICAL, INC.                :  **STATEMENT OF GLAXO**
                                            :  **GROUP LIMITED**
                                            :
           Defendant.                       :  **ELECTRONICALLY FILED**
                                            :
---------------------------------------------------------------x

This Supplemental Corporate Disclosure Statement is filed on behalf of plaintiff Glaxo Group Limited, in compliance with the provisions of:

__X__   Rule 7.1 Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____  Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____  Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing party hereby declares as follows:

_____  No such corporation.

__X__   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

1

_____    Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

GlaxoSmithKline PLC    Relationship  wholly owned subsidiary

_____ Relationship _____

_____    Other (please explain)

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: September 4, 2007     MORGAN LEWIS & BOCKIUS LLP

Brian P. Murphy (BM-5162)
David Leichtman (DL-7233)
Thomas J. Puppa (TP-7161)
Bryan J. Vogel (BV-7771)
101 Park Avenue
New York, New York 10178-0060
(212) 309-6000
(212) 309-6001 (facsimile)

*Attorneys for Plaintiff*