IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------x
GLAXO GROUP LIMITED                              :
                                                 :
                                                 :
                Plaintiff,                       :   Civil Action No. 07-6012 (RJH)
                                                 :
        v.                                       :
                                                 :
CYPRESS PHARMACEUTICAL, INC.,                    :
                                                 :
                                                 :
                Defendant.                       :
                                                 :
-----------------------------------------------------------------x
```

## NOTICE OF WITHDRAWAL OF COUNSEL

To the Clerk of the Court and all parties of record:

Please take notice that Morgan, Lewis & Bockius LLP hereby withdraws the appearance of David Leichtman and Thomas J. Puppa as attorneys of record for Glaxo Group Limited in the above-captioned proceeding.

Dated: October 29, 2007                Respectfully submitted,

                                   MORGAN, LEWIS & BOCKIUS LLP

                                   By: _____
                                   Oren D. Langer, Esq. (OL-5962)
                                   101 Park Avenue
                                   New York, New York 10178
                                   (212) 309-6149

                                   Attorneys for Glaxo Group Limited

2

## CERTIFICATE OF SERVICE

      This is to certify that on October 29, 2007, a copy of the foregoing Notice of Withdrawal of Counsel has been filed electronically and is available for viewing and downloading from the Court's Electronic Case Filing ("ECF") system. Notices of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
Oren D. Langer