**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
GLAXO GROUP LIMITED                          :
                                             :
                                             :
                   Plaintiff,                :      Civil Action No. 07-6012 (RJH)
                                             :
                                             :
        v.                                   :
                                             :
CYPRESS PHARMACEUTICAL, INC.,                :
                                             :
                                             :
                   Defendant.                :
                                             :
-------------------------------------------------------------x
```

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiff Glaxo Group Limited

I certify that I am admitted to practice in this Court.

Dated: October 29, 2007             Respectfully submitted,

                                    MORGAN, LEWIS & BOCKIUS LLP

                                    By:  _____
                                         Philip L. Hirschhorn, Esq. (PH-3861)
                                         101 Park Avenue
                                         New York, New York 10178
                                         (212) 309-6149

                                    Attorneys for Glaxo Group Limited

## CERTIFICATE OF SERVICE

This is to certify that on October 29, 2007, a copy of the foregoing Notice of Appearance has been filed electronically and is available for viewing and downloading from the Court's Electronic Case Filing ("ECF") system. Notices of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
Philip L. Hirschhorn