₴SDNY (Rev 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Glaxo Group Limited          Plaintiff,

                                                     07    cv   6012      (RJH)

           - against -
Cypress Pharmaceutical, Inc.    Defendant.           ORDER FOR ADMISSION
                                                     PRO HAC VICE
                                                     ON WRITTEN MOTION

Upon the motion of  Steven Lieberman   attorney for  Cypress Pharmaceutical, Inc.
and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

   Applicant's Name:   Minaksi Bhatt
   Firm Name:          Rothwell, Figg, Ernst & Manbeck, P.C.
   Address:            1425 K Street, N.W., Suite 800
   City/State/Zip:     Washington, D.C. 20005
   Telephone/Fax:      (202) 783-6040
   Email Address:      mbhatt@rothwellfigg.com

is admitted to practice pro hac vice as counsel for  Cypress Pharmaceutical, Inc.  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                        _____
                                        United States District/Magistrate Judge

FOR OFFICE USE ONLY   FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006