

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
GLAXO GROUP LIMITED         :
                            :
            Plaintiff,      :   Civil Action No. 07-6012 (RJH)
                            :
    v.                      :
                            :
CYPRESS PHARMACEUTICAL, INC.,:
                            :
            Defendant.      :
                            :
------------------------------------------------------x

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Glaxo Group Limited and Defendant Cypress Pharmaceutical, Inc., through their undersigned counsel, hereby stipulate to dismissal without prejudice of this entire suit, including all of the claims and counterclaims asserted by both parties in this action, each party to bear its own costs, expenses and attorneys' fees.

By: _____B. P. Murphy____ 1/14/08      By: _____ 1/14/08
Brian P. Murphy (BM-5142)                  Eric Seiler
Oren D. Langer (OL-5967)                   Friedman Kaplan Seiler & Adelman LLP
Morgan, Lewis & Bockius, LLP               1633 Broadway, 46th Floor
101 Park Avenue                            New York, NY 10019-6708
New York, New York 10178-0060              212.833.1100
(212) 309-6000

*Attorneys for Plaintiff*                  *Of Counsel*
                                           Steven Lieberman
                                           Minaksi Bhatt
                                           Glenn E. Karta
                                           Thomas D. Lyford
                                           Rothwell, Figg, Ernst & Manbeck
                                           1425 K Street, N.W., Suite 800
                                           Washington, D.C. 2005
                                           202.783.6040

                                           *Attorneys for Defendant*

1-22-08